**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Joseph Felton, et al.
                        Plaintiff,

v.                                         Case No.: 1:17−cv−08620
                                                    Honorable Edmond E. Chang

Robert Caulfield, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 5, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Settlement conference held. The Court made a judicial recommendation. The parties shall provide their separate answers by 4:30 p.m. on 06/06/2018, by calling Ms. Sandra Brooks at (312) 408−5121. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.