IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDNA CRIBBS and JOSEPH FELTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | 17 CV 8620 |
| Chicago police officers ROBERT CAULFIELD ) | |
| # 11321, et al. ) | Judge CHANG |
| ) | |
| ) | Magistrate SCHENKIER |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties, and therefore, this cause should be dismissed without prejudice for 60 days, at which time the dismissal will automatically convert to a dismissal with prejudice, with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Torreya L. Hamilton
Attorney for Plaintiffs, Edna Cribbs and
Joseph Felton
HAMILTON LAW OFFICE, LLC
53 West Jackson Boulevard, Suite 452
Chicago, Illinois 60604
312.726.3173
Attorney No. 6229397
Date:

Gary Ravitz
Attorney for Defendant, Brandon Ternand
Ravitz & Palles, P.C.
203 N. LaSalle St., Suite 2100

Respectfully submitted,

Maria Magginas
Assistant Corporation Counsel III
Attorney for Defendants,
Robert Caulfield, Thomas Creamer,
Thomas Fennell, Patrick Soraghan,
Adam Altenbach, Melissa Schroeder,
Raul Casales, Jr., Dean Ewing, Rickey
Washington and Dawn Love
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
312.744.8335
Attorney No. 6313401
Date: 6/27/18

Chicago, Illinois 60601
312.558.1689
Attorney No. 2291495
Date: 6-27-18